UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: VIAGRA (SILDENAFIL CITRATE) AND CIALIS (TADALAFIL) PRODUCTS LIABILITY LITIGATION | Case No.: 3:16-md-02691-RS<br>MDL No. 2691 |
| William Stock | Case No: |
| Plaintiff(s) | **Master Short Form Complaint** |
| v. | |
| Eli Lilly & Co.   Pfizer Inc. | |
| Defendant(s) | |

Plaintiff(s), incorporates by reference the Plaintiffs' Master Long Form Complaint(s) filed with United States District Court for the Northern District of California in the matter of *In re: Viagra (Sildenafil Citrate) and Cialis (Tadalafil) Products Liability Litigation*. Plaintiff(s) further show the court as follows:

1. Defendant(s) against whom Complaint is made:
    a. ✓ Eli Lilly and Company
    b. ✓ Pfizer Inc.
    c. ☐ Other (specify Defendant) _____

2. Plaintiff's Full Name:
    a. William Stock

3. Name of the party or deceased who ingested Viagra/Revatio (sildenafil citrate) (hereinafter "Viagra") and/or Cialis/Adcirca (tadalafil) (hereinafter "Cialis") and suffered injury, if different than Plaintiff:
    a. _____

4. Name of additional or other Plaintiff, including loss of consortium Plaintiff(s) (i.e. administrator, executor, guardian, conservator):

    a. _____

5. Plaintiff's current city and state of residence:

    a. Maud, Texas

6. District Court in which venue would be proper absent direct filing:

    a. Eastern District of Texas

7. City and state of Plaintiff or Decedent when he/she was diagnosed with melanoma:

    a. Texarkana, Texas

8. Approximate dates that the Plaintiff or Decedent ingested Viagra (if applicable):

    a. Start date: 2002

    b. Stop date: 2004

9. Approximate dates that the Plaintiff or decedent ingested Cialis (if applicable):

    a. Start date: 2004

    b. Stop date: 2004

10. Date(s) that Plaintiff was diagnosed with melanoma which he/she alleges was caused by Viagra and/or Cialis:

    a. November 6, 2011

11. Date of death of Decedent, if applicable:

    a. _____

12. Master Complaint Adopted (check one or both):

    a. ✓ Pfizer Master Complaint

    b. ✓ Eli Lilly Master Complaint

13. Counts in the Master Complaint(s) brought by Plaintiff(s):

    a. Count 1 (Negligence): ✓

    b. Count 2 (Gross Negligence): ✓

    c. Count 3 (Negligence Per Se): ✓

d.  Count 4 (Unfair and Deceptive Trade Practices: Unfairness) ✓

e.  Count 5 (Unfair and Deceptive Trade Practices: Fraud) ✓

f.  Count 6 (Unfair and Deceptive Trade Practices: Unlawfulness) ✓

g.  Count 7 (Strict Liability – Defective Design): ✓

h.  Count 8 (Strict Liability – Failure to Warn): ✓

i.  Count 9 (Failure to Test): ✓

j.  Count 10 (Breach of Express Warranty): ✓

k.  Count 11 (Breach of Implied Warranty): ✓

l.  Count 12 (Fraudulent Misrepresentation and Concealment): ✓

m.  Count 13 (Negligent Misrepresentation and Concealment): ✓

n.  Count 14 (Fraud and Deceit): ✓

o.  Count 15 (Willful, Wanton, and Malicious Conduct): ✓

p.  Count 16 (Unjust Enrichment): ✓

q.  Count 17 (Loss of Consortium): ☐

r.  Count 18 (Survival): ☐

s.  Count 19 (Wrongful Death): ☐

t.  Count 20 (Punitive Damages): ✓

u.  Other: _____

14. Jury Demand

a.  Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff(s) hereby demand a trial by jury as to all claims in this action: Yes ✓   No ___

Dated this the __13__ day of __June__, __2019__.

Respectfully submitted on behalf of the Plaintiff(s),

/s/ Richard L. Root

Richard L. Root, La. Bar 19988
Betsy Barnes, La. Bar 19473
Morris Bart, LLC
601 Poydras Street, 24th Floor, New Orleans LA 70150
(504) 525-8000 phone/ (833) 277-4214 fax
rroot@morrisbart.com
bbarnes@morrisbart.com

3
Short Form Complaint
3:16-MD-02691-RS